### IN THE UNTIED STATES DISTIRCT COURT
### FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COOPERSTOWN PROPERTIES, LLC and COOPERSTOWN DREAMS PARK, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> JOEY DUFFIELD, and BASEBALL DOESN'T EXIST LLC, <br><br> Defendants. | Case No. 6:25-cv-01079-ECC-ML <br><br> **NOTICE OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT** |

PLEASE TAKE NOTICE that, upon the Declaration of Nicole Haff, dated October 10, 2025, and the exhibits attached thereto; the accompanying memorandum of law; and all other pleadings and proceedings in this action, Defendants Joey Duffield and Baseball Doesn't Exist LLC (together, "Defendants"), by and through their undersigned counsel, will, as soon as counsel may be heard, move this Court for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), granting dismissal of the Complaint in its entirety with prejudice, and no leave to replead.

Should Defendants' motion be granted, Defendants further request an Order providing a briefing schedule for Defendants to move for their reasonable attorneys' fees, costs, and disbursements (17 U.S.C. § 505; 15 U.S.C. § 1117(a)), and all other relief this Court deems just, equitable, and proper.

Dated: October 10, 2025
       Brooklyn, New York

**LEWIS & LIN LLC**

By: */s/Nicole Haff*
    Nicole Haff (NDNY Bar No. 706793)
    Michael Cilento (NDNY Bar No. 706798)

77 Sands Street, 6th Floor
Brooklyn, New York, 11201
Tel: (347) 414-8535
Fax (718) 243-9326
Nicole@iLawco.com
Michael@iLawco.com

*Attorneys for Defendants
Joey Duffield and Baseball
Doesn't Exist LLC*